## Parsons *v.* Parsons, Appellant.

Before SPARVERO, J.

Argued November 11, 1974. *Ray N. Lochner,* with him *Samuel Avins,* for appellant; *William A. Johnson,* with him *Cooper, Schwartz, Diamond & Reich,* for appellee.

Order affirmed.

## Royston et al. *v.* Lare, Appellant.

Argued November 12, 1974. *Milton D. Rosenberg,* with him *Bloom, Bloom, Rosenberg & Bloom,* for appellant; *Bresci R. P. Leonard,* with him *John A. Robb,* and *Robb, Leonard & Edgecombe,* for appellee.

Order affirmed.

VAN DER VOORT, J., did not participate in the consideration or decision of this case.

## Sardone, Appellant, *v.* Henderson.

Argued November 11, 1974. *Irving M. Green,* with him *Louis H. Ceraso,* and *Green and Ceraso,* for appellant; *James L. Jack, Jr.,* for appellee.

Order affirmed.